1  **KRONENBERGER ROSENFELD, LLP**
   Karl S. Kronenberger (Bar No. 226112)
2  Jeffrey M. Rosenfeld (Bar No. 222187)
   Virginia A. Sanderson (Bar No. 240241)
3  150 Post Street, Suite 520
   San Francisco, CA 94108
4  Telephone:  (415) 955-1155
   Facsimile:  (415) 955-1158
5  karl@KRInternetLaw.com
6  jeff@KRInternetLaw.com
   ginny@KRInternetLaw.com
7



8  Attorneys for Plaintiff
9
10
11
12          **UNITED STATES DISTRICT COURT**
            **CENTRAL DISTRICT OF CALIFORNIA**
13
             CV12-03197 FMO
14
15 **NATIONAL PHOTO GROUP, LLC,**      Case No.
   a limited liability company,
16
            Plaintiff,                 **COMPLAINT FOR:**
17                                      **1) COPYRIGHT**
                                           **INFRINGEMENT; AND**
18                                      **2) CONTRIBUTORY**
      vs.                                  **COPYRIGHT**
19                                         **INFRINGEMENT**
20
21 **VALENTINO VELIZ d/b/a**
   **CELEBUTOPIA.NET,** and **DOES 1-**
22 **10,** inclusive,                   **DEMAND FOR JURY TRIAL**
23          Defendants.
24
25
26
27
28

Case No.                                        **COMPLAINT**

Plaintiff National Photo Group, LLC, by and through its undersigned counsel, states and alleges as follows:

## INTRODUCTION

1.     Plaintiff National Photo Group, LLC ("NPG") provides entertainment-related photojournalism goods and services.  In particular, NPG owns the rights to a multitude of photographs featuring celebrities, which it licenses to online and print publications.  NPG's portfolio of celebrity photographs is the bread and butter of its business.

2.     NPG has obtained U.S. copyright registrations covering many of its celebrity photographs, and others are the subject of pending copyright applications.

3.     Defendant Valentino Veliz d/b/a Celebutopia.net ("Celebutopia") owns and operates a website dedicated to fashion trends, including celebrity fashion.

4.     On numerous occasions, without permission or authorization from NPG, Celebutopia copied, modified, and displayed NPG's celebrity photographs on Celebutopia's celebrity gossip website.

5.     Celebutopia engaged in this misconduct knowingly and in violation of the United States copyright laws.

6.     NPG has been substantially harmed as a result of Celebutopia's misconduct.

## JURISDICTION AND VENUE

7.     This Court has subject matter jurisdiction over the federal copyright infringement claims pursuant to 28 U.S.C. § 1338(a) and 28 U.S.C. § 1331.  The Court has supplemental jurisdiction over the claims arising under state law pursuant to 28 U.S.C. § 1367(a) in that the state claims are so related to the claims over which the court has original jurisdiction that they form part of the same case or controversy.

Case No.                                                    1                              **COMPLAINT**

8.     This Court has personal jurisdiction over Celebutopia because Celebutopia purposely directs substantial activities at the residents of California by means of the website described herein, which targets the entertainment industry and covers events happening in and around Los Angeles, California.  Indeed, through its Website and social media accounts, Celebutopia creates the impression that it is operating out of the greater Los Angeles area.   For example, on information and belief, Valentino Veliz, doing business as Celebutopia, regularly posts on Celebutopia's website and Twitter account (@Celebutopia) under the moniker "KROQJOCK"—an implication that he is a disc jockey for the "World Famous" Los Angeles radio station KROQ-FM.    On Twitter, "Hollywood!" is also listed as Celebutopia's location.

9.     Venue is proper under 28 U.S.C. §1391(a)(2) because this is a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred.

## PARTIES

10.    NPG is a California limited liability company and maintains its principal place of business in Los Angeles, California.

11.    On information and belief, Valentino Veliz, doing business as Celebutopia, is an individual and resident of either Indianapolis, Indiana, or Estes Park, Colorado.

12.    NPG does not know the true names and capacities, whether individual, associate, corporate or otherwise, of Defendants sued herein as Does 1-10 inclusive, and Plaintiff therefore sues said Defendants by such fictitious names.

13.    NPG will amend this complaint to state the true names and capacities of the Defendants once they have been discovered.   Plaintiff is informed and believes, and, on that basis, alleges that each Defendant sued

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA  94108

herein by a fictitious name is in some way liable and responsible to Plaintiff based on the facts herein alleged.

## FACTUAL ALLEGATIONS

### NPG's Business

14.    NPG provides entertainment-related photojournalism goods and services.  In particular, NPG owns the rights to a multitude of photographs featuring celebrities, which it licenses to online and print publications.

15.    NPG has invested significant time and money in building its celebrity photograph portfolio.    Due to the quality of its celebrity photographs, NPG has developed an impressive list of clients including some of the most-recognized names in celebrity reporting ("NPG's Clients").

### NPG's Copyrights

16.    NPG has obtained U.S. copyright registrations covering many of its celebrity photographs, and others are the subject of pending copyright applications.

17.    NPG's celebrity photographs are original, creative works in which NPG owns protectable copyright interests.

18.    NPG owns several active and valid copyright registrations with the United States Copyright Office (the "USCO"), which registrations cover NPG's celebrity photographs.

19.    NPG also has filed several copyright applications with the USCO, which are presently pending.

20.    For example, on December 13, 2011, NPG obtained a copyright registration for a collection of celebrity photographs, USCO Registration No. VA 1-799-254, which included a series of photographs of actor Jennifer Love Hewitt. On January 16, 2012, under USCO Registration No. VA 1-806-571, NPG obtained another copyright registration covering a set of different photographs of the same actor (collectively, the "Hewitt Photographs").

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA  94108

21.    On December 1, 2011, NPG obtained a copyright registration for a collection of celebrity photographs, USCO Registration No. VA 1-796-343, which included a series of photographs of dancer and actor Julianne Hough (the "Hough Photographs").

22.    On January 23, 2012, NPG obtained a copyright registration for a collection of celebrity photographs, USCO Registration No. VA 1-806-569, which included photographs of actor Angelina Jolie (the "Jolie Photographs").

23.    On April 4, 2012, NPG applied for copyright registration for a collection of celebrity photographs, USCO Application No. 1-747897571, which included photographs of actor Emma Watson (the "Watson Photographs")

24.    On April 4, 2012, NPG applied for copyright registration for a collection of celebrity photographs, USCO Application No. 1-748145921, which included photographs of actor Kirsten Dunst (the "Dunst Photographs")

25.    The Hough Photographs, the Hewitt Photographs, the Jolie Photographs, the Watson Photographs, and the Dunst Photographs are referred to collectively herein as the "Photographs."

26.    NPG's copyrights in the Photographs are referred to collectively herein as the "Copyrights."

### Celebutopia's website

27.    On information and belief, Celebutopia, is the registered owner of the website located at <celebutopia.net> (the "Website").  On information and belief, Celebutopia operates the Website and is responsible for all Website content.

28.    As its domain name indicates, the Website provides articles and other information about celebrities, celebrity fashion, and celebrity gossip.

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA  94108

29.    The   Website   is   monetized   in   that   it   contains   paid advertisements.   On information and belief, Celebutopia profits from these paid advertisements.

30.    The Website includes a "Forums" section, where Celebutopia employees, agents, representatives, and users of the Website communicate with each other, via posts, regarding, among other things, individual celebrities.

31.    Nearly all of the Website's Forums encourage the posting of copyrighted images, particularly photographs. In fact, the Forums section is organized according to the type of copyrighted material solicited and posted, with Forum titles such as "High Resolution Candids," "High Resolution PhotoShoots (Miminum resolution 1400X1900)," "Medium or Low Quality Images (All those under 1400x1900)," and "Male Hi-Res Candids."

32.    Each Forum on the Website is assigned a moderator.    On information and belief, the Forum moderators are either Veliz, operating under various usernames, or are employees, agents, and/or representatives of Celebutopia who engage in review and modification of the content of the material posted on the Website.

33.    In addition to paid advertising, the Forums section includes another level of monetization in the form of donation solicitations.    Upon accessing the Forums section, a Website visitor is presented with links to two different Forums soliciting "donations" to Celebutopia—"Donate To Keep Us Alive," and "Please, Click Here to Donate."

34.    On information and belief, the Website averages approximately 30,000 unique visitors per month.

## Celebutopia's Misconduct

35.    The Website is replete with copyright infringement.

//

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

36.   Copyright infringement is particularly rampant in the Website's Forums dedicated to the posting of low and high-resolution photographs of celebrities.  There, nearly every single post of the hundreds, and sometimes tens of thousands, of posts that comprise each Forum includes images that were most likely copied from other Internet websites and reposted on the Website in violation of the copyright holders' rights.  To state it differently, it is highly unlikely that the countless celebrity images posted in the Website's Forums were posted by the copyright owners or their licensees.

37.   On information and belief, the Website's Forums include tens of thousands of instances of copyright infringement, if not more.

38.   Celebutopia is aware of the facts or circumstances which make this infringing activity apparent.   In fact, Celebutopia encourages the unbridled copyright infringement on the Website by inviting users to upload photographs and other copyrighted material into Forums dedicated to such image, and organized according to the quality of image.  In this manner, the Forums do not represent the typical discussion-based Internet forum, but instead serve as a library of copyrighted images that can then be cut and pasted into other locations.   By providing this unlawful image library, Celebutopia increases both its traffic and its advertising revenue.

39.   Celebutopia's awareness of, participation in, and profit from the copyright infringement on the Website is apparent in its postings on Twitter. There, on information and belief, Celebutopia advertises that it has high-quality celebrity images taken from magazines and other sources with tweets such as "HQ scans of #SofiaVergara for Instyle USA April 2012 can be viewed right here," and "#ElizabethBanks is on the cover of Women's Health March 2012.  Scans to be posted tonight!," followed by links to the Website.

//

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA  94108

40.    On numerous occasions, without permission or authorization from NPG, Celebutopia copied, modified, and displayed NPG's celebrity photographs on Celebutopia's website, in violation of NPG's copyrights.

41.    On or about December 1, 2011, the Hough Photographs were posted in the Website's "High Resolution Candids" Forum in a post entitled "Julianne Hough is seen leaving the gym in Studio City."

42.    On or about December 13, 2011, some of the Hewitt Photographs were posted in the Website's "High Resolution Candids" Forum in a post entitled "Jennifer Love Hewitt caught in the rain out about [sic] in Los Angeles."

43.    On or about January 10, 2012, some of the Hewitt Photographs were posted in the Website's "High Resolution Candids" Forum in a post entitled "Jennifer Love Hewitt out and about in Los Angeles."

44.    On or about January 10, 2012, the Dunst Photographs were posted in the Website's "High Resolution Candids" Forum in a post entitled "Kirsten Dunst ~ out about Beverly Hills Janu 10 '12."   The Dunst Photographs were posted by a user named "Dutch," who is identified in his or her user profile as a Website moderator.

45.    On or about January 24, 2012, the Jolie Photographs were posted in the Website's "High Resolution Candids" Forum in a post entitled "Angelina Jolie with her children at farmer's market in Studio City."

46.    On or about April 1, 2012, the Watson Photographs were posted in the Website's "High Resolution Candids" Forum in a post entitled "Emma Watson ~ Leaving Urth Café West Hollywood Mar 30 '12."   The Watson Photographs were posted by a user named "Dutch," who is identified in his or her user profile as a Website moderator.

//

//

KRONENBERG ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

47.   On information and belief, the Photographs were copied from the websites of NPG's Clients and reposted on the Website without license or permission, thereby infringing on the Copyrights (the "Infringement").

48.   On information and belief, Celebutopia was aware of facts or circumstances from which the Infringement was apparent.   Copyright infringement on the Website, particularly in the Forums, is rampant and readily apparent to anyone who views the website.  In addition, Celebutopia has employed, or has appointed as its representatives and agents, Forum moderators to review and modify the Forum content.  Finally, as the titles of the Forums demonstrate, Celebutopia encourages users to repeatedly post infringing content, sorted by quality and size, without reprimanding or disabling of their accounts.   Based on this totality of circumstances, Celebutopia cannot claim that it is not aware of the widespread infringing activities, including the Infringement, on the Website.  Such a claim would amount to willful blindness to the Infringement on the part of Celebutopia.

49.   In fact, Celebutopia admits a practice of taking images from other websites and reposting them on the Website.  On a page of the Website entitled "Copyrights and the DMCA," under a heading entitled "Copyright Information," it states: "All images on Celebutopia.net are readily available in various places on the Internet and believed to be in [sic] public domain."

50.   On information and belief, Celebutopia engaged in the Infringement knowingly and in violation of United States copyright laws.

51.   On information and belief, Celebutopia has received a financial benefit directly attributable to the Infringement.  Specifically, by way of the Infringement, Celebutopia increased traffic to the Website and, in turn, its advertising revenues.

//

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA  94108

1   52.   As a result of Celebutopia's misconduct, NPG has been
2   substantially harmed.

3   **FIRST CLAIM FOR RELIEF**

4   **(Copyright Infringement, 17 U.S.C. § 501 <u>et seq.</u>)**

5   53.   NPG repeats and incorporates by reference the allegations
6   contained in the preceding paragraphs, as though set forth in full herein.

7   54.   The Photographs are original, creative works in which NPG
8   owns protectable copyright interests.

9   55.   NPG owns the copyrights for the Photographs and has applied
10  for copyright registrations with the Unites States Copyright Office covering
11  the Photographs, which are Registration Nos. VA 1-806-569, VA 1-799-254,
12  VA 1-806-571, VA 1-796-343 and Application Nos. 1-7484145921 and 1-
13  747897571.

14  56.   NPG has not licensed Celebutopia or any of its users to use the
15  Photographs in any manner, nor has NPG assigned any of its exclusive
16  rights in the Copyrights to Celebutopia.

17  57.   Without permission or authorization from NPG, and in willful
18  violation of NPG's rights under 17 U.S.C. § 106, Celebutopia reproduced the
19  Photographs.

20  58.   On information and belief, without permission or authorization
21  from NPG, and in willful violation of NPG's rights under 17 U.S.C. § 106,
22  Celebutopia displayed the Photographs on the Website.

23  59.   Celebutopia's reproduction of the Photographs, and display of
24  the Photographs on the Website constitute copyright infringement.

25  60.   On information and belief, thousands of people have viewed the
26  unlawful copies of the Photographs on the Website.

27  //

28  //

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

61.   On information and belief, Celebutopia had knowledge of the copyright infringement alleged herein and had the ability to stop the reproduction and display of NPG's copyrighted material.

62.   Celebutopia's copyright infringement has damaged NPG in an amount to be proven at trial.

## SECOND CLAIM FOR RELIEF

### (Contributory Copyright Infringement)

63.   NPG repeats and incorporates by reference the allegations contained in the preceding paragraphs, as though set forth in full herein.

64.   NPG is informed and believes, and on that basis alleges, that Celebutopia participated in the Infringement by, and in addition to the conduct discussed above, financially benefiting from the Infringement of NPG's Copyrights in the Photographs with the knowledge that the Website's users and moderators did not have any rights in the Photographs.

65.   On information and belief, Celebutopia provided the means by which the Website's users infringed NPG's Copyrights in the Photographs by maintaining the "High Resolution Candids" Forum, and by permitting the Photographs to be posted in said Forums.

66.   Celebutopia's contributory copyright infringement has damaged NPG in an amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, NPG respectfully requests judgment as follows:

1.   That the Court enter a judgment finding that Celebutopia has infringed on NPG's Copyrights in the Photographs in violation of 17 U.S.C. § 501 et seq.;

2.   That the Court award damages and monetary relief as follows:

a.   Statutory damages against Celebutopia pursuant to 17 U.S.C. § 504(c) of $150,000 per infringement or in the

1     alternative NPG's actual damages and Celebutopia's
2     wrongful profits in an amount to be proven at trial;

3        b.     NPG's attorneys' fees pursuant to 17 U.S.C. § 505;

4        c.     NPG's costs; and

5     3.     Such other relief that the Court determines is just and proper.

6

7  Respectfully Submitted,

8

9  DATED: April 9, 2012              **KRONENBERGER ROSENFELD, LLP**

10

11                                    By: _____
12                                         Virginia A. Sanderson

13                                    Attorneys for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.                          11                          **COMPLAINT**

1

## REQUEST FOR JURY TRIAL

2   Plaintiff hereby demands a trial of this action by jury.

3

4   DATED:  April 9, 2012          **KRONENBERGER ROSENFELD, LLP**

5

6                     By: _____

7                             Virginia A. Sanderson

8                 Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.                         12                 **COMPLAINT**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108



AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| NATIONAL PHOTO GROUP, LLC, a limited liability company, | ) |
| *Plaintiff* | ) ) |
| v. | ) |
| VALENTINO VELIZA d/b/a CELEBUTOPIA.NET, and DOES 1-10, inclusive | ) ) ) |
| *Defendant* | ) |

CV12- 03197 ✝MO

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   VALENTINO VELIZ d/b/a CELEBUTOPIA.NET
1491 W. Alaska Pl.
Denver, CO 80223-2004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Karl S. Kronenberger
KRONENBERGER ROSENFELD, LLP
150 Post St., Suite 520
San Francisco, CA 94108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

APR 1 2 2012

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☐  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
NATIONAL PHOTO GROUP, LLC, a limited liability company

**DEFENDANTS**
VALENTINO VELIZ d/b/a CELEBUTOPIA.NET, and DOES 1-10, inclusive

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Virginia A. Sanderson, KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108, (415) 955-1155

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No        ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement, 17 U.S.C. § 501 et seq

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV |  | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations |  | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | **REAL PROPERTY** | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 220 Foreclosure |  | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | **IMMIGRATION** | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 462 Naturalization Application |  | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions |  | ☐ 871 IRS-Third Party 26 USC 7609 |
|  | ☐ 290 All Other Real Property |  | ☐ 440 Other Civil Rights |  |  |

CV12-03197

**FOR OFFICE USE ONLY:** Case Number:

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
   ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
   ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
   ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Denver County, Colorado |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date   APRIL 9, 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |