UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3197 ABC (VBKx) | Date | October 10, 2012 |
|---|---|---|---|
| Title | National Photo Group LLC -vs- Valentino Veliz, et al. | | |

| Present: The Honorable | **AUDREY B. COLLINS, UNITED STATES DISTRICT JUDGE** |
|---|---|

| A. Bridges | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| not present | not present |

**Proceedings:**     (IN CHAMBERS)  ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

         IT IS ORDERED that plaintiff's counsel show cause in writing not later than **October 19, 2012**, why this action should not be dismissed for lack of prosecution as to defendant **Valentino Veliz dba Celebutopianet.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local 78-1, <u>no</u> <u>oral</u> <u>argument</u> will be heard on this matter unless ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of plaintiff's response.  The Court will consider as a satisfactory response the filing of the following on or before the date shown above.

_____          Proof of service of summons and complaint on defendants
_____;

_____          Answer by defendants _____
or plaintiff(s)' request for entry of default;

**√**          **Plaintiff(s)' motion for entry of default judgment or request to the Clerk for entry of default judgment;**

_____          Stipulation and Order extending time to respond to complaint.

Failure to file a timely response is deemed consent to the dismissal without prejudice of the action as to the above defendants.

                                                                                      _____ : _____
                                                              Initials of Preparer          AB